

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00282-CV

| | | |
|---|---|---|
| CSL S WEATHERFORD, LLC AND CAPITAL SENIOR MANAGEMENT S, INC., Appellants | § | On Appeal from the 415th District Court |
| | § | of Parker County (CV21-1067) |
| V. | § | April 6, 2023 |
| SHIRLEY JEAN ARENS, Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants CSL S Weatherford, LLC and Capital Senior Management S, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
    Justice Wade Birdwell